IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
USDC. CLERK. CHARLESTON. S

2009 APR 30 P 1: 06

| | |
|---|---|
| Eric Childress, #44195-083, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:08-1579-SB-TER |
| ) | |
| FCI Bennettsville Warden Mr. M. ) | |
| Pettiford; Assistant Warden Mr. Smith; ) | |
| Captain Ms. Denise Bawling; SHU ) | |
| Lieutenant D. Schantz; Lieutenant ) | **ORDER** |
| L. Miller; Lieutenant Senior Officer ) | |
| D. Moore; Doctor Luis Berrias; Doctor ) | |
| Julia Berrias; Nurse H. Hansen; Cor. ) | |
| Officer Cash; Cor. Officer Young; Cor. ) | |
| Officer Ms. Douglas; Cor. Officer ) | |
| Jones; Cor. Officer Ms. Cartwright; Unit ) | |
| Manager J. Streeval; Case Manager ) | |
| Mr. Steamer; Counselor Mr. Lewis; J. ) | |
| Rittenhouse; and Assistant Warden, ) | |
| Mr. Masaconi, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court upon the Plaintiff's *pro se* complaint, filed pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On April 8, 2009, the Magistrate Judge entered a Report and Recommendation ("R&R"), addressing the Plaintiff's motion for default judgment as to Defendant J. Rittenhouse. In the R&R, the Magistrate Judge noted that all Defendants had not been served and that Defendant Rittenhouse's answer was not yet due.[1] Therefore, the



---

[1] In an order filed the same day as the R&R, the Magistrate Judge granted the Plaintiff's motion to amend, noting that the time for service of the second amended complaint on unserved Defendants was 30 days from the date of the order and that all

Magistrate Judge recommended that the Court deny the Plaintiff's motion.

Attached to the R&R was a notice advising the Plaintiff of his right to file specific, written objections to the R&R within ten days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, the Court need not conduct a de novo review of any portion of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that the Plaintiff's motion for default judgment (Entry #58) is denied.

**AND IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

April 30, 2009
Charleston, South Carolina

#2

---

Defendants must file an answer within 60 days of the extended time for service.